IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTTERY FARMS, INC., | No. 08-04526 CW |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AHCOM, LTD., et al., | |
| Defendants. | |

A Case Management Conference was held on February 24, 2009, wherein Defendant orally moved the Court to dismiss the complaint because Plaintiff had filed for Chapter 7 bankruptcy and only the Trustee has standing to bring an action on behalf of the debtor's estate.  The Court stated it would dismiss the complaint without prejudice within sixty (60) days if the Trustee does not file anything on behalf of Plaintiff.  The sixty days has passed, and the Trustee has not filed anything.  According,

IT IS HEREBY ORDERED that they above-captioned action is dismissed without prejudice.

4/27/09
Dated

CLAUDIA WILKEN
United States District Judge